United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-10773-elf
Mary K Morgan                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 2            Date Rcvd: Apr 12, 2019
                             Form ID: 3180W           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db              +Mary K Morgan,    52 Meadow Lane,    New Hope, PA 18938-1051
14255407        +Federal Home Loan Mortgage Corporation, as Truste,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13495126        +Paul Lohaziak,   c/o Melissa V. Bond, Esquire,    16 North Franklin Street, Suite 300,
                 Doylestown, PA 18901-3556
13547701       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 13 2019 03:03:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2019 03:02:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2019 03:03:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13549835        EDI: BL-BECKET.COM Apr 13 2019 06:53:00     CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                 POB 3001,    MALVERN, PA 19355-0701
13473592        EDI: FORD.COM Apr 13 2019 06:53:00     Ford Motor Credit Company LLC,    PO Box 62180,
                 Colorado Springs, CO 80962
13546672        EDI: RESURGENT.COM Apr 13 2019 06:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of FIA Card Services, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13546669        EDI: MERRICKBANK.COM Apr 13 2019 06:53:00     MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
13483391        EDI: PRA.COM Apr 13 2019 06:53:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
13468108       +E-mail/Text: blegal@phfa.org Apr 13 2019 03:03:08     Pa Housing Finance Age,
                 211 N. Front St.,    Harrisburg,PA 17101-1406
13471975        EDI: Q3G.COM Apr 13 2019 06:53:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
13543636       +EDI: WFFC.COM Apr 13 2019 06:53:00     Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                  Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              CANDYCE I. SMITH-SKLAR    on behalf of Debtor Mary K Morgan mail@njpalaw.com,
               r56958@notify.bestcase.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com

```
District/off: 0313-2          User: admin               Page 2 of 2                   Date Rcvd: Apr 12, 2019
                              Form ID: 3180W            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        KEITH D. SKLAR    on behalf of Debtor Mary K Morgan mail@njpalaw.com, r56958@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 bkgroup@kmllawgroup.com
        PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                  TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Mary K Morgan** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–3092** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **15–10773–elf** | |

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mary K Morgan

<u>4/11/19</u>                                                              **By the court:**     <u>Eric L. Frank</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**